# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO. 6:24-cr-141-JA-DCI

JAMES EDWARD SNIDER, JR.

---

## ORDER

On March 25, 2026, the Court granted in part and denied in part the *pro se* motion of third-party petitioner Emily Belle Leep, the wife of Defendant James Snider, for the return of property. (Order, Doc. 104). Ms. Leep now seeks reconsideration of the partial denial, (*see* Doc. 105), and moves to preserve the property pending reconsideration and appeal, (*see* Doc. 107).

Motions for reconsideration are rarely granted. *United States v. Gallardo Candelaria*, No. 6:25-cr-207, 2025 WL 2337391, at *2 (M.D. Fla. Aug. 13, 2025). Reconsideration is only available where there is: (1) an intervening change in controlling law, (2) newly discovered and available evidence, or (3) clear error or manifest injustice. *Id.* Here, none of these circumstances apply.

Accordingly, the motion for reconsideration (Doc. 105) is **DENIED**. And because Ms. Leep's motion for reconsideration is denied and she has not

demonstrated that she filed an appeal of the denial of her motion to return property, her motion to preserve the property (Doc. 107) is **DENIED**.

**DONE** and **ORDERED** on April 15, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
James Edward Snider, Jr.
Emily Belle Leep

2