UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No. 6:24-cr-00141-JA-DCI**

**JAMES E. SNIDER, JR.**

## ORDER

This case is before the Court on Defendant's motion (Doc. 125) to correct his presentence investigation report (PSR), which the Government opposes. (Doc. 134). Defendant ostensibly files his motion under Rule 32 of the Federal Rules of Criminal Procedure, (*see* Doc. 125 at 4), which provides a 14-day deadline for submitting written objections to the PSR. Fed. R. Crim. P. 32(f)(1). The parties agree that the PSI erroneously calculated Defendant's criminal history score as category I instead of II, but no objection to the calculation was made during Defendant's sentencing hearings. (*See* Doc. 134 at 2–3).

Standing alone, Rule 32 does not provide the court with jurisdiction to correct a PSR. *See United States v. Fischer*, 821 F.2d 557, 558 (11th Cir. 1987). And when a district court does not have jurisdiction, it must dismiss the motion. *Id.* at 558–59.

Additionally, while Rule 36 of the Federal Rules of Criminal Procedure allows district courts to correct clerical errors in the record arising from

oversight or omission, Rule 36 cannot be used to make substantive alterations or to correct errors of law. *See United States v. Portillo*, 363 F.3d 1161, 1165 (11th Cir. 2004). And in an unpublished decision, the Eleventh Circuit has concluded that Rule 36 does not provide a means for a court to change a defendant's criminal history score, even where a defendant asserts that the change would not alter their sentence. *United States v. Phillips*, No. 24-12545, 2025 WL 1697806, at *2–3 (11th Cir. June 27, 2025) (concluding that the district court lacked jurisdiction to rule on defendant's motion to reduce their criminal history score under Rule 32 and Rule 36).

The Court finds *Phillips* persuasive and concludes it lacks jurisdiction to consider Defendant's motion. Accordingly, the motion must be **DISMISSED** for lack of jurisdiction.

**DONE** and **ORDERED** in Orlando, Florida, on September 22, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record